**Order entered March 23, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00385-CV

## IN RE OMAR HENRY ON BEHALF OF E.M.H., A MINOR, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-56857-2018**

## ORDER
Before Justices Myers, Molberg, and Evans

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/ DAVID EVANS
JUSTICE